FILED
1/9/20 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| PETER J. STAWASZ, ) | |
| **Debtor(s)** ) | Bankruptcy No. 19-11201-TPA |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, ) | |
| INC. dba GM FINANCIAL, ) | Chapter 7 |
| **Movant** ) | |
| ) | |
| v. ) | Document No. 14 |
| ) | |
| PETER J. STAWASZ, ) | |
| **Respondent(s)** ) | Response Deadline: 1/2/20 |
| ) | |
| TAMERA OCHS ROTHSCHILD, ) | **Hearing Date: 1/16/20 at 10:30 AM** |
| **Trustee** ) | |

### ORDER OF COURT

AND NOW, this   9th   day of   January   , 2020, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant AmeriCredit Financial Services, Inc., dba GM Financial is permitted to enforce its rights in the property described as a **2018 Chevrolet Cruze** bearing vehicle identification number 1G1BB5SM9J7170200, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

UNITED STATES BANKRUPTCY JUDGE
tjm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-11201-TPA
Peter J. Stawasz                                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: bsil    Page 1 of 1    Date Rcvd: Jan 09, 2020
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db            +Peter J. Stawasz,   2498 Deep Hollow Road,   Franklin, PA 16323-8016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
        Bruce L. Getsinger    on behalf of Debtor Peter J. Stawasz bruce.getsinger@gmail.com
        James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee, in trust
         for registered holders of First Franklin Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
        William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
         ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                 TOTAL: 5