**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Peter J. Stawasz** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5481** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **19–11201–TPA**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Peter J. Stawasz

3/18/20

**By the court:**   Thomas P. Agresti
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 19-11201-TPA
Peter J. Stawasz                                                 Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: admin                Page 1 of 1          Date Rcvd: Mar 18, 2020
                               Form ID: 318               Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db            +Peter J. Stawasz,    2498 Deep Hollow Road,    Franklin, PA 16323-8016
15166896      +Cbna,    Attn: Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15166898      +Community Ambulance Service, Inc.,    P.O. Box 909,    Franklin, PA 16323-0909
15166901      +LendingClub,    595 Market Street,    San Francisco, CA 94105-2807
15166902      +Northwest Bank,    Attn: Bankruptcy,    Po Box 128,    Warren, PA 16365-0128
15166904      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                Highlands Ranch, CO 80129-2386
15166906       UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:47:10      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr            +EDI: PHINAMERI.COM Mar 19 2020 07:58:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                4001 Embarcadero Drive,    Arlington, TX 76014-4106
cr            +EDI: PRA.COM Mar 19 2020 07:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15166894      +EDI: PHINAMERI.COM Mar 19 2020 07:58:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                Po Box 183853,    Arlington, TX 76096-3853
15166895      +EDI: CAPITALONE.COM Mar 19 2020 07:58:00      Capital One Bank Usa N,
                ATTN: Gen. Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
15166900      +E-mail/Text: bdsupport@creditmanagementcompany.com Mar 19 2020 04:48:07
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15166899       E-mail/Text: bdsupport@creditmanagementcompany.com Mar 19 2020 04:48:07
                Credit Management Company,    PO Box 16346,    Pittsburgh, PA 15242-0346
15166897       EDI: JPMORGANCHASE Mar 19 2020 07:58:00      Chase Card Services,    Attn: Bankruptcy,
                Po Box 15298,    Wilmington, DE 19850
15166903      +E-mail/Text: jennifer.chacon@spservicing.com Mar 19 2020 04:48:50
                Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                Salt Lake City, UT 84165-0250
15167573      +EDI: RMSC.COM Mar 19 2020 07:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
15166905      +EDI: RMSC.COM Mar 19 2020 07:58:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank National Association, as Trustee, in tru
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              Bruce L. Getsinger    on behalf of Debtor Peter J. Stawasz bruce.getsinger@gmail.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               for registered holders of First Franklin Mortgage Loan Trust, Et Al... bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
              William E. Craig    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 5
```